No. 325.   NEW ENGLAND FISH CO. ET AL. v. MEYER, ADMINISTRATRIX, ET AL.   October 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Messrs. Lawrence Boyle, Cassius E. Gates,* and *Edward G. Dobrin* for petitioners.   ■

No. 327.   REICHMAN v. COMPAGNIE GENERALE TRANS-ATLANTIQUE.   October 18, 1943.   Petition for writ of certiorari to the Court of Appeals of New York denied.   *Mr. Harold R. Zeamans* for petitioner.   *Mr. Edgar R. Kraetzer* for respondent.

No. 330.   G. T. FOGLE & CO. v. UNITED STATES.   October 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mrs. Lillian S. Robertson* for petitioner.   *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 331.   PENNINGTON ENGINEERING CO. v. HOUDE ENGINEERING CORP.   October 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. Luther Day* and *Max D. Farmer* for petitioner.   *Mr. Charles W. Hills* for respondent.

No. 333.   MOORE v. ILLINOIS CENTRAL RAILROAD CO.   October 18, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Garner W. Green* for petitioner.   *Messrs. James L. Byrd, Vernon W. Foster,* and *Chas. A. Helsell* for respondent.